No. 23-50575

# In the United States Court of Appeals for the Fifth Circuit

IN RE TIKTOK INC.; TIKTOK PTE. LTD.; BYTEDANCE LTD.; BYTEDANCE INC.,
*Petitioners*

On Petition for Writ of Mandamus from the United States District Court for the Western District of Texas, Waco Division, Case No. 21-cv-00504

**MOTION FOR LEAVE TO FILE UNDER SEAL**

Blaine H. Evanson
Alex Harris
Gibson, Dunn & Crutcher LLP
3161 Michelson Avenue
Irvine, California 92161
bevanson@gibsondunn.com
aharris@gibsondunn.com

Katie Rose Talley
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue
Suite 2100
Dallas, Texas 75201
ktalley@gibsondunn.com

Dan N. MacLemore
Andy E. McSwain
BEARD KULTGEN BROPHY BOSTWICK & DICKSON, PLLC
220 South 4th Street
Waco, Texas 76701
maclemore@thetexasfirm.com
mcswain@thetexasfirm.com

Yar Chaikovsky
Philip Ou
David Okano
WHITE & CASE LLP
609 Main Street
Houston, Texas 77002
yar.chaikovsky@whitcase.com
philip.ou@whitecase.com
david.okano@whitecase.com

*COUNSEL FOR PETITIONERS*
*TIKTOK INC.; TIKTOK PTE. LTD.; BYTEDANCE LTD.; AND BYTEDANCE INC.*

Pursuant to Fifth Circuit Rule 25.2.8, Petitioners respectfully move for leave to file under seal their Supplemental Appendix in support of their Reply in Support of Petition for Writ of Mandamus, which has been filed simultaneously with this motion.

On May 18, 2021, Beijing Meishe Network Technology Co., Ltd. brought the underlying suit against Petitioners in the Western District of Texas. Meishe's claims allege copyright infringement and trade secret misappropriation implicating Petitioners' highly confidential source code. Meishe's federal lawsuit also implicates allegations and proceedings in nine pending Chinese cases it previously filed against Petitioners' affiliates, the complaints in which are non-public.

Petitioners' Supplemental Appendix includes two sealed transcripts of hearings before the magistrate judge, which covered sensitive and confidential information regarding Petitioners' source code and the identification of key employees and entities involved with that source code. That information is subject to a June 21, 2022 protective order in the district court.

Petitioners therefore respectfully request that this Court seal the Appendix filed in support of the Petition for Writ of Mandamus.

DATED:   October 27, 2023              Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ *Blaine H. Evanson*

Blaine H. Evanson
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Avenue
Irvine, California  92161

Telephone: 949.451.3805
Facsimile:  949.475.4768
*bevanson@gibsondunn.com*

COUNSEL FOR PETITIONERS
TIKTOK INC.; TIKTOK PTE. LTD.;
BYTEDANCE LTD.; BYTEDANCE
INC.

# CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the typeface requirements of Rule 32(a)(5) and the typestyle requirements of Rule 32(a)(6), *see* Fed. R. App. P. 27(d)(1)(E), because it was prepared in 14-point New Century Schoolbook, a proportionally spaced typeface, using Microsoft Word 2019. This motion complies with the type-volume limitation of Rule 27(d)(2)(A) because it contains 172 words, excluding the parts exempted by Rule 32(f).

I also certify that the facts supporting this motion are true and complete. *See* 5th Cir. R. 27.3.

/s/ *Blaine H. Evanson*
Blaine H. Evanson
*Counsel of Record*

# CERTIFICATE OF CONFERENCE

I certify that counsel for Petitioners contacted counsel for Beijing Meishe Network Technology Co., Ltd. regarding the foregoing motion, who confirmed that Meishe is unopposed. *See* 5th Cir. R. 27.4.

/s/ *Blaine H. Evanson*
Blaine H. Evanson
*Counsel of Record*

## CERTIFICATE OF SERVICE

I certify that on October 27, 2023, a true and correct copy of the foregoing motion was served via CM/ECF on all counsel of record.

                                              /s/ *Blaine H. Evanson*
                                              Blaine H. Evanson
                                              *Counsel of Record*