# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 31, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 23-50575    In re: TikTok, Inc.
                USDC No. 6:21-CV-504

Enclosed is an order entered in this case.


                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Lisa E. Ferrara, Deputy Clerk
                         504-310-7675

Mr. Adam Auchter Allgood
Mr. Yar Chaikovsky
Mr. Korula T. Cherian
Mr. Blaine H. Evanson
Mr. Chad Flores
Mr. Daniel Nesbitt MacLemore IV
Mr. James Mark Mann
Mrs. Katie Rose Talley
Mr. Gregory Blake Thompson
Ms. Stephanie R. Wood