# United States Court of Appeals for the Fifth Circuit

---

No. 23-50575

---

In re TikTok, Incorporated; TikTok Pte., Limited; ByteDance, Limited; ByteDance, Incorporated,

*Petitioners.*

---

Petition for a Writ of Mandamus
to the United States District Court
for the Western District of Texas
USDC No. 6:21-CV-504

---

ORDER:

IT IS ORDERED that petitioners' motion to file exhibits to the petition for writ of mandamus under seal is GRANTED.

Jerry E. Smith
*United States Circuit Judge*