# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-50575

---

In re TikTok, Incorporated; TikTok Pte., Limited; ByteDance, Limited; ByteDance, Incorporated,

*Petitioners.*

_____

Petition for a Writ of Mandamus
to the United States District Court
for the Western District of Texas
USDC No. 6:21-CV-504

_____

ORDER:

    IT IS ORDERED that petitioners' unopposed motion to file a reply to the response is DENIED.

    IT IS F U R T H E R  ORDERED that petitioners' unopposed motion to file exhibits to the reply under seal is DENIED.

    Lyle W. Cayce, Clerk
    United States Court of Appeals
    for the Fifth Circuit
    /s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT