# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 31, 2023

Honorable Alan D. Albright
U.S. District Court, Western District of Texas
800 Franklin Avenue
Room 301
Waco, TX 76701

    No. 23-50575   In re: TikTok, Inc.
                         USDC No. 6:21-CV-504

Dear Judge Albright:

I enclose a Writ of Mandamus directed to you.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Nancy F. Dolly, Deputy Clerk
                                      504-310-7683

cc: (letter only)
    Mr. Adam Auchter Allgood
    Mr. Yar Chaikovsky
    Mr. Korula T. Cherian
    Mr. Philip Devlin
    Mr. Blaine H. Evanson
    Mr. Chad Flores
    Mr. Daniel Nesbitt MacLemore IV
    Mr. James Mark Mann
    Mrs. Katie Rose Talley
    Mr. Gregory Blake Thompson
    Ms. Stephanie R. Wood