# United States Court of Appeals for the Fifth Circuit

---

No. 23-50575
USDC No. 6:21-CV-504

---

In re TikTok, Incorporated; TikTok Pte., Limited; ByteDance, Limited; ByteDance, Incorporated,

*Petitioners.*

## WRIT OF MANDAMUS

To the Honorable Alan Albright, Judge of the United States District Court for the Western District of Texas:

The United States Court of Appeals for the Fifth Circuit granted the petition for writ of mandamus on October 31, 2023.

You are hereby ORDERED the writ is appropriate under these circumstances, meaning petitioners have satisfied all three requirements needed for the issuance of the writ. The petition for writ of mandamus, requiring transfer to the Northern District of California, is GRANTED.

Done this day, October 31, 2023.

LYLE W. CAYCE, CLERK
United States Court of Appeals
    for the Fifth Circuit
    /s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT