# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **BEIJING MEISHE NETWORK TECHNOLOGY CO., LTD.,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL NO. W-21-CV-00504-ADA |
| **TIKTOK INC., TIKTOK PTE. LTD., BYTEDANCE LTD., BYTEDANCE INC.,** | § § § § | |
| Defendants. | § | |

## ORDER TRANSFERRING CASE

Pursuant to the U.S. Court of Appeals for the Fifth Circuit's order granting Tiktok Inc.'s petition for writ of mandamus, ECF No. 372, this Court grants transfer of this Action to the U.S. District Court for the Northern District of California.

It is therefore **ORDERED** and **ADJUDGED** that:

- The Clerk of the Court shall transfer this case to the U.S. District Court for the Northern District of California for all further proceedings.

- After transfer, the Clerk shall close this Action.

**IT IS SO ORDERED** this 17th day of November, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE