# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 22, 2023

Mr. Philip Devlin
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

  No. 23-50575   In re: TikTok, Inc.
                 USDC No. 6:21-CV-504

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Casey A. Sullivan, Deputy Clerk
                                    504-310-7642

cc:
    Mr. Adam Auchter Allgood
    Mr. Yar Chaikovsky
    Mr. Korula T. Cherian
    Mr. Blaine H. Evanson
    Mr. Chad Flores
    Mr. Daniel Nesbitt MacLemore IV
    Mr. James Mark Mann
    Mrs. Katie Rose Talley
    Mr. Gregory Blake Thompson
    Ms. Stephanie R. Wood